IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RON AND KATHY TEAGUE, on and
behalf of minor children, T.T.
and S.T.; DARRIN AND JULIE HARDY,
on and behalf of minor child,
C.H.; RHONDA RICHARDSON on and
behalf of minor child A.R.;
MARK AND JENNIFER DRAPER on and
behalf of minor children, A.D. and S.D.,                PLAINTIFFS

v.                          CASE NO. 10-6098

ARKANSAS BOARD OF EDUCATION;
JIM COOPER, BRENDA GULLETT,
SAMUEL LEDBETTER, ALICE
MAHONY, DR. BEN
MAYS, JOE BLACK, TOYCE NEWTON,
MIREYA REITH, AND VICKI SAVIERS,
in their official capacity;
MAGNET COVE SCHOOL DISTRICT;
KAREN SCOTT, DANNY LINAM,
LISA LOFTIS, KIM BRAY, AND
JACK RYNDERS, in their
official capacity;
THE ARKANSAS DEPARTMENT OF EDUCATION,                    DEFENDANTS

CAMDEN FAIRVIEW SCHOOL DISTRICT
NO. 16 OF OUACHITA COUNTY;
EL DORADO SCHOOL DISTRICT #15,
UNION COUNTY, AR                                          INTERVENORS

## JUDGMENT

For reasons set forth in the Memorandum Opinion and Order,
filed contemporaneously herewith, Plaintiffs' Motion for
Declaratory and Injunctive Relief (Doc. 69) is **GRANTED** in part
and **DENIED** in part.  Defendants' Motion for Summary Judgment
(Doc. 71) is **DENIED.**  Intervenors' Motion for Summary Judgment

(Doc. 74) is **DENIED.**   Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.   Each party is to bear its own fees and costs.   **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 8th day of June, 2012.

/s/ Robert T. Dawson_____
Honorable Robert T. Dawson
United States District Judge